UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEON WILLIAMS,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>JERRY ROGERS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:23-CV-00139-RCJ-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

On March 30, 2023, Plaintiff Keon Williams ("Williams") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Williams has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** the Clerk of the Court shall **SEND** Williams the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Wednesday, May 3, 2023**, Williams will either: **(1)** pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the complaint.

The Court will retain Williams's civil rights complaint, (ECF No. 1-1), but will not file it unless and until Williams timely complies with this order.

**DATED**: April 3, 2023

_____
UNITED STATES MAGISTRATE JUDGE